QUEALY, Respondent, v. DUNNE McCORD CO., Appellant. (Supreme Court, Appellate Division. Fourth Department. July 7, 1915.) Action by John J. Quealy against the Dunne McCord Company. No opinion. Judgment and order affirmed, with costs.

QUIRK v. KENNY. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by James J. Quirk against Isabella M. Kenny, and John B. King, defendant. No opinion. Judgment and order reversed on law and facts, the court holding as a fact that the verdict is against the weight of evidence upon the question of the defendant's negligence; and new trial granted, with costs to appellant to abide event.

RAAP, Respondent, v. FIRST METHODIST EPISCOPAL CHURCH IN FLUSHING, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Matilda Raap against the First Methodist Episcopal Church in Flushing. No opinion. Judgment affirmed, with costs.

RADOMSKI v. CONSOLIDATED GAS CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Alexander Radomski against the Consolidated Gas Company of New York. No opinion. Application denied, with $10 costs. Order signed. See, also, 90 Misc. Rep. 375, 152 N. Y. Supp. 1050.

RAGUE, Appellant, v. NEW YORK EVENING JOURNAL PUB. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by William J. Rague against the New York Evening Journal Publishing Company. No opinion. Order unanimously affirmed, with costs.

RANDALL v. RANDALL. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Appeal from Special Term, Suffolk County. Action by Henry M. Randall against Charles P. Randall. From judgment for plaintiff, defendant appeals. Modified and affirmed. See, also, 163 App. Div. 969, 148 N. Y. Supp. 1140. Thomas J. Ritch, Jr., of New York City, for appellant. Robert P. Griffing, of Riverhead, for respondent.

PER CURIAM. It is decided that the findings should be modified as follows: First. The item, J. J. Harris note, $60, was erroneously credited to the plaintiff. It presumably entered into the settlement for which the note was given on February 1, 1888. Second. The item, January 18, 1897, check borrowed, $100, was erroneously credited to the plaintiff. Third. The item, April 13, 1897, check No. 2368, $200, was erroneously credited to the plaintiff. Fourth. The item, April 21, 1890, $600, was erroneously credited to the plaintiff, as the defendant testified without contradiction that he contributed the amount, which was equal to an amount contributed by the plaintiff. Fifth. The following items were erroneously debited against the defendant without corresponding credit: October 1, 1884, $10; October 1, 1884, $32.45; October 1, 1884, $6.80; December 12, 1884. $8.50; January 6, 1887, $56.10; February 15, 1887, $10.62; February 15, 1887, $57.-38; June 2, 1888, $64.31; September 10, 1888, $59.50; September 21, 1888, $15.63. Sixth. The defendant was improperly debited with firm check No. 1802, dated March 25, 1897, to Mrs. C. P. Randall, for cash, $100. The firm owed Mrs. Randall two items, $80 and $20, for which the defendant gave her a check for $100, which she returned to him, whereupon he credited it on his personal account; but he testifies that Mrs. Randall was charged with $100 on the firm books. It was therefore a matter between the defendant and Mrs. Randall whereby he came into ownership of the check. The findings should be modified by making corrections in accordance with this memorandum, and the judgment modified accordingly, and as so modified affirmed, without costs. Settle order before Mr. Justice Thomas.

REDDICK, Respondent, v. NEW JERSEY & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Lizzie Reddick against the New Jersey & New York Railroad Company.

PER CURIAM. Motions denied, without costs. See, also, 153 N. Y. Supp. 1139.

MILLS, J., takes no part.

In re RED HOOK LIGHT & POWER CO. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the application of the Red Hook Light & Power Company to acquire lands, etc., in Clermont, Columbia county, etc. No opinion. Final order unanimously affirmed, with costs.

REED, Appellant, v. BELNORD REALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Charles S. Reed against the Belnord Realty Company. J. A. O'Leary, of New York City, for appellant. E. C. Sherwood, of New York City, for respondent.

PER CURIAM. Order affirmed, with costs. Order filed.

HOTCHKISS, J., dissents.

In re REICH'S ESTATE. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the estate of Anna Reich, deceased. Anthony Darmstadt, appellant; Edwin R. Jaxheimer, as executor, etc., respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on authority of Murray v. Waring Hat Mfg. Co., 142 App. Div. 514, 127 N. Y. Supp. 78, and Matter of Summerville, 145 App. Div. 931, 129 N. Y. Supp. 1148.